UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60609-CIV-DIMITROULEAS

RECKITT BENCKISER INC.,

    Plaintiff,

vs.

WATSON LABORATORIES, INC. - FLORIDA,

    Defendant.
_____/

## SECOND ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon the parties' Response to Order to Show Cause [DE-230] and the November 23, 2010 Order Granting Extension [DE-231], whereby the parties indicated that a mediation report would be filed on December 16, 2010, one week after the extended deadline to complete mediation. There has been no notification that mediation has occurred.

Accordingly it is **ORDERED AND ADJUDGED** that Plaintiff shall file a mediation report showing the results of the mediation, and if no mediation has occurred, show cause on or before December 27, 2010, why sanctions, up to and including dismissal, should not be imposed. Failure to respond will result in the immediate dismissal of this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of December, 2010.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record